IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 01-619 |
| | ) | |
| DAVID J. COPNEY, | ) | (See C.A. No. 00-2182) |
| | ) | |
| Defendant, | ) | Electronically Filed |
| | ) | |
| ALLEGHENY GENERAL HOSPITAL, | ) | |
| and its successors and assigns, | ) | |
| | ) | |
| Garnishee | ) | |

## MOTION TO DISMISS APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

AND NOW, comes plaintiff, the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Michael Colville, Assistant United States Attorney for said district and, respectfully moves the Court to issue an Order granting plaintiff a voluntary dismissal of the Application for Writ of Continuing Garnishment issued upon the judgment against Defendant, David J. Copney.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney

By:    s/MICHAEL COLVILLE
        MICHAEL COLVILLE
        Assistant U.S. Attorney
        Counsel for Plaintiff
        U.S. Post Office & Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA  15219
        (412) 894-7337 - phone
        (412) 644-5870 - fax
        Michael.Colville@usdoj.gov
        PA56668