IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 01-619 |
| ) | |
| DAVID J. COPNEY, ) | (See C.A. No. 00-2182) |
| ) | |
| Defendant, ) | Electronically Filed |
| ) | |
| ALLEGHENY GENERAL HOSPITAL, ) | |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

ORDER

AND NOW, to wit, this 16th day of March, 2006, upon consideration of the Application for Writ of Continuing Garnishment, heretofore filed by plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that the Application for Writ of Continuing Garnishment issued upon the judgment against Defendant, David J. Copney, is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE